IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Helm, Reginald P

Printed: 10/7/08

Case Number: 08 B 05761
Judge: Goldgar, A. Benjamin
Filed: 3/11/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: June 10, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,550.00 |  |
| Secured: |  | 3,297.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,274.00 |
| Trustee Fee: |  | 317.77 |
| Other Funds: |  | 1,661.23 |
| Totals: | 6,550.00 | 6,550.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 1,274.00 | 1,274.00 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Rogers & Hollands Jewelers | Secured | 500.00 | 60.00 |
| 4. | Empire | Secured | 1,200.00 | 87.00 |
| 5. | US Bank | Secured | 36,000.00 | 2,637.00 |
| 6. | GE Capital Corporation | Secured | 3,500.00 | 249.00 |
| 7. | Chase Bank | Secured | 188.33 | 87.00 |
| 8. | Fry's Electronics | Secured | 2,500.00 | 177.00 |
| 9. | Wilshire Credit Corp | Secured | 2,500.00 | 0.00 |
| 10. | Macy's | Unsecured | 233.23 | 0.00 |
| 11. | Rogers & Hollands Jewelers | Unsecured | 1,326.63 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 1,809.60 | 0.00 |
| 13. | Chase Bank | Unsecured | 3,519.17 | 0.00 |
| 14. | FDS National Bank | Unsecured | 3,267.03 | 0.00 |
| 15. | GE Money Bank | Unsecured | 3,129.00 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 2,301.33 | 0.00 |
| 17. | Sprint Nextel | Unsecured | 673.34 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 2,680.75 | 0.00 |
| 19. | Jefferson Capital Systems LLC | Unsecured | 2,887.53 | 0.00 |
| 20. | Credit First | Unsecured | 738.14 | 0.00 |
| 21. | Cook County Treasurer | Secured |  | No Claim Filed |
| 22. | National City Mortgage Co | Secured |  | No Claim Filed |
| 23. | CitiMortgage Inc | Secured |  | No Claim Filed |
| 24. | Mia Gassi-Helm | Priority |  | No Claim Filed |
| 25. | Household Retail Services | Unsecured |  |  |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Helm, Reginald P | Case Number: 08 B 05761 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 10/7/08 | Filed: 3/11/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Oral & Maxillofacial | Unsecured | | No Claim Filed |
| 27. | Household Bank (SB) N A | Unsecured | | No Claim Filed |
| 28. | Macy's | Unsecured | | No Claim Filed |
| 29. | CitiFinancial | Unsecured | | No Claim Filed |
| 30. | Firestone Credit First | Unsecured | | No Claim Filed |

$ 70,228.08        $ 4,571.00

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 317.77 |

$ 317.77

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ DMach_____